**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
v. :
WHITE BROADMAN, INC. :
JAMES MIENIK :
PAUL ROMANO :

CR 07 139 -01 ML
CR. No.

FILED
OCT 2 5 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

COUNT 1

1. At all times relevant to this information, WHITE BROADMAN, INC. was a Florida corporation engaged in the business of mass-marketing various products, including the products "Penetrex" and "Penetrin."

2. From in or about 2001 to in or about February 2004, in the District of Rhode Island and elsewhere, WHITE BROADMAN, INC. did, with the intent to mislead, introduce into interstate commerce a new drug, without first obtaining approval for the introduction of such drug from the Secretary of Health and Human Services.

All in violation of 21 U.S.C. §§331(d), 355(a), and §333(a)(2).

COUNT 2

3. At all times relevant to this Information, Defendant JAMES A. MIENIK was the President and Chief Executive Officer of

WHITE BROADMAN, INC. Defendant PAUL ROMANO was a 50% owner of the company.

4. From in or about 2001 to in or about February 2004, MIENIK and ROMANO, within the District of Rhode Island and elsewhere, did introduce into interstate commerce a drug which had been misbranded.

All in violation of 21 U.S.C. §§331(a) and 333(a)(1).

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief of the Criminal Division

TERRENCE P. DONNELLY
Assistant U.S. Attorney