AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

PAUL ROMANO

**APPEARANCE**

Case Number: CR 07-139-03 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DEFENDANT PAUL ROMANO

I certify that I am admitted to practice in this court.

10/31/2007
Date

/s/ John A. MacFadyen, Esq.
Signature

John A. MacFadyen — 1209
Print Name — Bar Number

MacFadyen, Gescheidt & O'Brien, 101 Dyer Street
Address

Providence — RI — 02903
City — State — Zip Code

(401) 751-5090 — (401) 751-5096
Phone Number — Fax Number

***United States of America v. Paul Romano*** (Case No. CR 07-139-03ML)

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2007, I filed the foregoing Entry of Appearance electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Terrence P. Donnelly
Assistant United States Attorney
United States Attorney's Office
The Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ John A. MacFadyen, Esq.
John A. MacFadyen, Esq. (#1209)