UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

United States of America
Plaintiff(s)

v.

Dkt. No. CR 07-139-03ML

Paul Romano
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Paul Romano hereby moves that JAMES E. FELMAN be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Paul Romano
(~~Plaintiff~~/Defendant)

By: James E. Felman
FL Bar ID No. 0775568
Address: ~~P.O. Box 3396~~
~~Tampa, Fl 33601~~-3396

James E. Felman
DATED: October 31, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Florida and of the following Federal District Court and/or Court of Appeals Bar(s) PLEASE SEE ATTACHED, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

JAMES E. FELMAN — FL 0775568

Print Name — State Bar ID #

Kynes, Markman & Felman, P.A.

Firm Name

100 So. Ashley Drive, Suite 1300, P.O. Box 3396

Business Address

Tampa, FL 33601-3396

813.229.1118 — Tel. #

813.221.6750 — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

John MacFadyen — 1209

Print Name — RI Bar ID #

MacFadyen, Gescheidt & O'Brien

Firm and Business Address

101 Dyer Street

Providence, RI 02903

Tel. # 401.751-5090 Fax # 401-751-5096

---

**ORDER**

This is motion hereby____________________

____________________

District Judge

Date:

JAMES E. FELMAN
FLORIDA BAR NO. 775568

| Court | Date of Admission |
| --- | --- |
| Supreme Court of the State of Florida | October 25, 1988 |
| Supreme Court of the United States of America | November 8, 1993 |
| United States Court of Appeals for the Second Circuit | May 5, 2006 |
| United States Court of Appeals for the Fourth Circuit | February 12, 2002 |
| United States Court of Appeals for the Fifth Circuit | December 20, 1993 |
| United States Court of Appeals for the Eleventh Circuit | November 26, 1990 |
| United States District Court for the Middle District of Florida | January 19, 1989 |
| United States District Court for the Northern District of Florida | December 12, 1999 |

***United States of America v. Paul Romano*** (Case No. CR 07-139-03ML)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2007, I filed the foregoing *Motion For Admission Pro Hac Vice and Attorney's Certification For Pro Hac Vice Admission* electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the following attorney(s) of record:

Terrence P. Donnelly
Assistant United States Attorney
United States Attorney's Office
The Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ John A. MacFadyen, Esq.
John A. MacFadyen, Esq. (#1209)