# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

PAUL ROMANO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-139-03ML

(Name and Address of Defendant)

PAUL ROMANO

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: | Date and Time<br>Thursday, November 15, 2007 at 11:30 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 21 Section(s) 331(a), 333(a)

Brief description of offense:

Introduction of a Misbranded Drug Into Interstate Commerce

Signature of Issuing Officer

October 26, 2007

Date

Martha Saucier, Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 11/15/07 Date 11:00 AM

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC PROVIDENCE, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/15/07
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2007 NOV 16 P 12:17
FILED