UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-00139-03ML |
| | : | |
| PAUL ROMANO | : | |

**DEFENDANT'S REQUEST FOR RETURN OF HIS PASSPORT**

On November 15, 2007, the defendant was arraigned on the above-referenced Information and released on an unsecured bond. As a condition of his release, he was required to surrender his passport to the Clerk of the United States District Court. Later that same day, he pleaded guilty to introducing a misbranded drug into interstate commerce (in violation of 21 U.S.C. §§ 331(a) and 333(a)(1)).

On February 29, 2008, the Court placed the defendant on probation for the term of one year.

The defendant complied with all terms and conditions of his release during the entire time his case was pending. He requests that his attorney be allowed to retrieve his passport and return it to him.

Respectfully submitted,
PAUL ROMANO
By his Attorney,

/s/ C. Leonard O'Brien

C. Leonard O'Brien, Esq. (#1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2008, I filed the foregoing *Defendant's Request For Return of His Passport* electronically and that it is available for viewing and downloading from the ECF system. Service was accomplished by transmission of the Notice of Electronic Filing generated by the ECF system to the United States Attorney's Office listed below and to all counsel of record listed in the ECF system.:

Terrence P. Donnelly
Assistant United States Attorney
United States Attorney's Office
The Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
terrence.donnelly@usdoj.gov

/s/ C. Leonard O'Brien Esq.
C. Leonard O'Brien, Esq. (#1886)